**RANDALL S. MILLER & ASSOCIATES**

43252 Woodward Ave, Ste 180
Bloomfield Hills, MI  48302

Phone: (248) 335-9200
Fax: (248) 335-1335

August 8, 2018

CM/ECF Help Desk
Eastern District of Michigan
Bankruptcy Court


RE:   Substitution of Attorney


To Whom It May Concern:

    Please be advised that Marla Skeltis is no longer with the firm. Mary Thieme will be representing all Randall S. Miller & Associates, P.C. clients in place of Marla Skeltis.


    Sincerely,

    Mary Thieme
    Attorney at Law